IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES RONALD ROBINSON                                                                 PLAINTIFF

v.                         Cause  No. 4:07-cv-04066

RANDY BANKS                                                                            DEFENDANT

### ORDER

**JAMES RONALD ROBINSON**, Plaintiff, submitted this *pro se* action for filing.  The Court directed the Clerk to file the Complaint and provide an application to proceed *in forma pauperis* (IFP) to the Plaintiff.  The Plaintiff has now filed his application to proceed IFP (Doc. 4).  The application to proceed IFP (Doc. 4) is **GRANTED**.  The matter of service will be determined at a later time.

**IT IS SO ORDERED** this **12th day of September, 2007.**


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Barry A. Bryant
　　　　　　　　　　　　　　　　　　　　　　　　BARRY A. BRYANT
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE