IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES RONALD ROBINSON                                                                                    PLAINTIFF

v.                                              Case No. 4:07-cv-04066

RANDY BANKS                                                                                                  DEFENDANT

## JUDGMENT

For reasons stated in the Memorandum Opinion dated on today's date, I find Defendant's Motion for Summary Judgment (Doc. No. 13) should be, and hereby is, **GRANTED.** Plaintiff's case is hereby dismissed with prejudice.  *See* FED. R. CIV. P. 56(e)(2).

**ENTERED this 10th day of April, 2008.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE